Argued January 29, affirmed January 29, 1973

STATE OF OREGON, *Respondent, v.* HARRY
MORGAN COOPER, Jr. (No. 101841),
*Appellant.*

505 P2d 351

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.